MARJIE D. BARROWS (State Bar No. 122129)
KATHLEEN M. DeLANEY (State Bar No. 196376)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, California 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

**E-filed 7/5/05**

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN JOSE

| | |
|---|---|
| CIRCUIT SEMANTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY, a CHUBB Group of Insurance Companies; and DOES 1 through 100,<br><br>Defendants. | Case No. C 04-03393 JF/HRL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: July 6, 2004<br>Trial Date: None Set |

1.  WHEREAS, the parties to this action have executed a Settlement Agreement and Mutual Release; and

2.  WHEREAS, Plaintiff Circuit Semantics, Inc. has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure Rule 41(a)(1); and

3.  WHEREAS, the parties to this action agree that each side is to bear its own costs in this matter;

4.  The parties to this action agree, through their respective attorneys,

//
//

that Plaintiff, Circuit Semantics, Inc., hereby dismisses this action in its entirety, with prejudice.

DATED: June 23, 2005          **RUDLOFF WOOD & BARROWS LLP**

By: _____
       Marjie D. Barrows

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

DATED: June 27, 2005          **HOWREY LLP**

By: _____
       Mary Craig Calkins

Attorneys for Plaintiff
CIRCUIT SEMANTICS, INC.

### ORDER

The Court has considered the above stipulation and, IT IS SO ORDERED.

DATED: 7/5, 2005

electronic signature authorized
_____
Jeremy Fogel
United States District Judge

F:\Chubb\Circuit Semantics.015\PLD\Stip Dismissal.wpd

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. C 04-03393 JF/HRL

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500